Opinion issued July 16, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00483-CR

———————————

zhang chengfen, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from County Criminal Court at Law No. 14

Harris County, Texas



Trial Court Case No. 1558662



 

MEMORANDUM OPINION

          Appellant,
Zhang Chengfen, has filed an amended motion to dismiss the above-referenced
appeal.  The motion complies with the
Texas Rules of Appellate Procedure.  See Tex. R. App. P. 42.2(a).

            We have not yet issued a decision. 
Accordingly, the motion is granted and the appeal is dismissed.

          The Clerk of this Court is directed to
issue the mandate within 10 days.

PER CURIAM

Panel
consists of  Chief Justice Radack, and
Justices Bland and Sharp.

Do
not publish.   Tex. R. App. P. 47.2(b).